■ NATALIE BARNHARD, Respondent, v CYBEX INTERNATIONAL, INC., Appellant. [823 NYS2d 750]—Appeal from an order of the Supreme Court, Erie County (Peter J. Notaro, J.), entered August 4, 2005 in a personal injury action. The order denied defendant's motion to disqualify plaintiff's counsel.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, A.P.J., Martoche, Centra and Pine, JJ.